# UNITED STATES BANKRUPTCY COURT

__EASTERN__ DISTRICT OF __MISSOURI__

In re

    Scot Charles Urban and Kim Renee Urban

                                 Debtor(s).

Bankruptcy Case No.

12-44057-399

Scot Charles Urban and Kim Renee Urban

                     v.                      Plaintiff(s).

Chapter 13

Select Portfolio Servicing, Inc.,

                                 Defendant(s).

Adversary Proceeding No.

13-4106-399

All documents regarding this matter **must** be identified by **both** Adversary and Bankruptcy Case numbers

## SUMMONS AND NOTICE OF TRIAL
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| U.S. Bankruptcy Court, Eastern District of Missouri |
| 111 South Tenth Street, Fourth Floor |
| St. Louis, MO 63102 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| David Nelson Gunn / Law Offices of Mueller & Haller, LLC |
| 2025 S. Brentwood, Ste. 206 |
| Brentwood, MO 63144 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Courtroom |
|---|---|
| United States Bankruptcy Court | 5 North |
| Thomas F. Eagleton Courthouse | **Date and Time** |
| 111 S. Tenth Street | July 10, 2013 |
| St. Louis, MO 63102 | 2:00 p.m. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dana C. McWay

*Clerk of the Bankruptcy Court*

May 20, 2013

*Date*

By: _____Wynne Marie Abernathy_____

*Deputy Clerk*

# CERTIFICATE OF SERVICE

I, <u>David N. Gunn</u>, certify that I am, and at all times during service of
      (name)
process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made <u>May 23, 2013</u> by:
      (date)

■     Mail Service: *Certified* United States mail, postage fully pre-paid, addressed to:

Tim O'Brien, CEO
Select Portfolio Servicing, Inc.
3815 S. West Temple
Salt Lake City, UT 84115

☐     Personal Service: By leaving the process with defendant or with an officer or agent of the defendant at:

☐     Residence Service: By leaving the process with the following adult at:

☐     Publication: The defendant was served as follows: [Describe briefly]

☐     State Law: The defendant was served pursuant to the laws of the State of <u>Missouri</u>, as follows: [Describe briefly]       (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_5/23/13_                    _[signature]_
Date                    Signature

| Print Name | | |
|---|---|---|
| David N. Gunn | | |
| Business Address | | |
| 2025 South Brentwood, Ste 206 | | |
| City | State | Zip |
| Brentwood | MO | 63144 |